■ NANCY MURRELL, as Administratrix of the Estate of INGRAM IRWIN, Deceased, Appellant, v TAMI SEAMAN, M.D., et al., Respondents. [891 NYS2d 647]—

Concur—Tom, J.P., Andrias, McGuire and Manzanet-Daniels, JJ.